

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

```
CCC                                   United States Attorney's Office
2009R01859                            610 Federal Plaza
Discovery letter 4.wpd                Central Islip, New York 11722-4454
```

October 5, 2010

**VIA ECF ONLY**

Glen Obedin, Esq.
Courthouse Corporate Center
320 Carleton Avenue, Suite 4200
Central Islip, New York 11722

Richard Haley, Esq.
Haley Weinblatt & Calcagni, LLP
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749

Richard A. Miller, Esq.
Miller & Skubik, LLP
356 Veterans Memorial Highway, Suite 8 North
Commack, New York 11725

Steven E. Losquadro, P.C.
649 Route 25A, Suite 4
Rocky Point, New York 11778

Tracey Gaffey, Esq.
Federal Defenders of New York
770 Federal Plaza
Central Islip, New York 11722

John Wallenstein, Esq.
Parson & Wallenstein
220 Old Country Road
Mineola, New York 11501

Robert L. Moore, Esq.
Quesada & Moore, LLP
128 Avon Place
West Hempstead, New York 11552

Alan M. Nelson, Esq.
3500 Marcus Avenue, Suite 1E5
Lake Success, New York 11042

2

Terrence P. Buckley, Esq.
356 Veterans Memorial Highway, Suite 8N
Commack, New York 11725

Edward P. Jenks, Esq.
332 Willis Avenue
Mineola, New York 11501

Joseph W. Ryan, Esq.
225 Old Country Road
Melville, New York 11747

Sally Butler, Esq.
42-04 Bell Boulevard
Suite 302
Bayside, New York 11361

   Re: United States v. John Ebeling, et al.
     Criminal Docket No. 10-696

Dear Counsel:

  Enclosed is a preliminary index for the recordings that are currently located at First Choice Copy Center. This index contains the government's summaries of the recordings, which was done for your convenience. It is not meant to limit the recordings that we intend to play at trial. Accordingly, the government recommends that you review all the recordings, not just what we highlighted in the index. If you have any questions, feel free to call us.

         Very truly yours,

         LORETTA E. LYNCH
         UNITED STATES ATTORNEY

         /S/

    By: _____
      James M. Miskiewicz
      Christopher C. Caffarone
      Assistant U. S. Attorneys
      631-715-7841/7868

Enclosure

cc: The Hon. Joanna Seybert