Preliminary Index for Recordings

| Related E/S | Date of Event | Notes |
|---|---|---|
| E-001 | 1/14/2009 | CI phone conversation with Michael GIORDANO |
| E-002 | 1/15/2009 | Discussed the purchase of a firearm |
| E-003 | 1/17/2009 | Discussed the purchase of a firearm |
| E-004 | 2/4/2009 | UC 3064 and UC 3769 meet with Micheal GIORDANO |
| E-005 | 1/20/2009 | UC meet of Michael GIORDANO |
| E-006 | 1/23/2009 | Surveillance of UC meet with Charles TRINGALE |
| E-006 | 1/23/2009 | UC 3064 meet with Charles TRINGALE |
| E-007 | 1/25/2009 | UC 3064 phone conversation with Charles TRINGALE |
| E-008 | 2/6/2009 | Left voice mail |
| E-009 | 2/6/2009 | Discussed the party the UC was going to have |
| E-010 | 2/7/2009 | Discussed the party the UC was going to have |
| E-011 | 2/7-2/8/2009 | UC 3064 and UC 3769 meet with Micheal GIORDANO |
| E-012 | 2/13/2009 | Discussed HAMILTON travelling with PAGANS OMG |
| E-013 | 2/16/2009 | UC 3064 meet with HAMILTON and GIORDANO |
| E-014 | 2/18/2009 | Discussed meeting HAMILTON at GIORDANO's residence |
| E-015 | 2/18/2009 | UC 3064 meet with HAMILTON and GIORDANO |
| E-016 | 2/25/2009 | HAMILTON talks about going to a PAGANS OMG function in Lancaster, PA. |
| E-017 | 2/25/2009 | UC and GIORDANO spoke about the patching over to the PAGANS OMG. |
| E-018 | 2/26/2009 | UC and HAMILTON talked about going to the CI's party |
| E-019 | 2/27/2009 | UC 3064 meet with HAMILTON and GIORDANO |
| E-020 | 2/28/2009 | UC and GIORDANO spoke about the party. |
| E-021 | 2/28/2009 | HAMILTON talks about his past membership with the OUTLAWS OMG and the TRINGALE beating. |
| E-022 | 3/4/2009 | UC discussed coming by GIORDANO's residence the next morning. |
| E-023 | 3/4/2009 | The UC and HAMILTON discussed the UC becoming a member of the PAGANS OMG. |
| E-024 | 3/5/2009 | UC 3064 meet with GIORDANO |
| E-025 | 3/9/2009 | HAMILTON talks about bringing UC 3064 down to LI to meet with the PAGANS OMG. |
| E-026 | 3/11/2009 | UC and HAMILTON discussed travel plans to LI. |
| E-027 | 3/11/2009 | UC 3064 meet with GIORDANO |
| E-028 | 3/13/2009 | UC and Hamilton finalized travel plans to LI. |
| E-029 | 3/19/2009 | Attempted phone call to HAMILTON |

Preliminary Index for Recordings

| ID | Date | Description |
|---|---|---|
| E-030 | 3/20/2009 | Talked about members of the PAGANS OMG |
| E-031 | 3/24/2009 | Talked about his move to Georgia |
| E-032 | 3/24/2009 | Discussed travelling to upcoming PAGANS OMG Event in NJ |
| E-033 | 3/26/2009 | Discussed travelling to upcoming PAGANS OMG Event in NJ |
| E-034 | 3/26/2009 | UC 3064 meet with HAMILTON at Keeper's Pub, West Boylan, MA |
| E-035 | 3/30/2009 | Discussed travelling to upcoming PAGANS OMG Event in NJ |
| E-036 | 4/1/2009 | Discussed travelling to upcoming PAGANS OMG Event in NJ |
| E-037 | 4/14/2009 | UC and HAMILTON discussed travel plans to LI. |
| E-038 | 4/27/2009 | UC and HAMILTON discussed travel plans to LI. |
| E-039 | 5/9-5/10/2009 | EBELING and BLAIR discusses what's expected of the UC by the PAGANS OMG. |
| E-040 | 5/11/2009 | UC and HAMILTON talk about his trip to LI |
| E-041 | 5/12/2009 | UC and BLAIR discuss the upcoming PAGANS OMG event in Elizabeth, NJ |
| E-042 | 5/12/2009 | UC and HAMILTON discuss travel plans to LI. |
| E-043 | 5/13/2009 | Surveillance of 18R Day Lane, Webster, MA |
| E-044 | 6/3/2009 | UC and BLAIR discuss the upcoming PAGANS OMG event in Youngstown, OH. |
| E-045 | 6/17/2009 | UC and HAMILTON went to BLAIR's residence to pick up HAMILTON's MC. |
| E-046 | 6/23/2009 | Surveillance report |
| E-047 | 6/23/2009 | 1. VAN DIVER talks about BLAIR beating of John Doe 1<br>2. VAN DIVER talks about losing a 380 handgun. |
| E-048, E-062 | 6/2009-7/2009 | UC and HAMILTON had a discussion about the UC moving to LI and becoming a prospest again. |
| E-049 | 7/22-7/24/2009 | Surveillance report |
| E-050 | 6/24/2009 | UC and BLAIR had a discussion about his prospect status. |
| E-051 | 6/24/2009 | UC and HAMILTON had a discussion about plans for the Fourth of July. |
| E-052 | 6/24/2009 | UC and John Doe 1 had a discussion about plans for the Fourth of July. |
| E-053 | 6/29/2009 | UC and HAMILTON had a discussion about the UC's recent trip to LI. |
| E-054 | 7/6/2009 | UC and HAMILTON had a discussion about the PAGANS OMG and the Devil's Disciples OMG. |
| E-055 | 7/6/2009 | UC and EBELING had a discussion about the UC moving to LI. |
| E-056 | 7/6/2009 | John Doe 1 told the UC that he was out of the club |
| E-057 | 7/8/2009 | HAMILTON talked about a federal investigation in the PAGANS OMG. |

## Preliminary Index for Recordings

| Exhibit | Date | Description |
|---|---|---|
| E-058 | 7/9/2009 | UC and BLAIR had a discussion about the upcoming weekend. |
| E-059 | 7/9/2009 | UC and VAN DIVER had a discussion about the upcoming weekend. |
| E-060 | 7/13/2009 | UC and HAMILTON had a discussion about the past weekend and the UC's status with the PAGANS OMG. |
| E-061 | 8/20/2009 | Surveillance of 18R Day Lane, Webster, MA |
| E-061 | 8/20/2009 | UC 3064 & UC 3769 meet with HAMILTON |
| E-063A, E-063B, E-063C | 8/28-8/29/2009 | Surveillance report |
| E-063A, E-063B, E-063C | 8/28/2009 | |
| E-063A, E-063B, E-063C | 8/28/2009 | |
| E-063A, E-063B, E-063C | 8/29/2009 | |
| E-063A, E-063B, E-063C | 8/29/2009 | |
| E-063A, E-063B, E-063C | 8/26-8/29/2009 | 1. Members of the PAGANS OMG LI Chapter discussed retribution for the BLAIR beating. 2. EBELING calls an impromptu "Church" EBELING, BLAIR, DAVIS III, VAN DIVER, LAHEY & YOUMANS are present. |
| E-063A, E-063B, E-063C | 8/29/2009 | UC 3064 purchased pharmaceutical pills from SAMBORSKI, Edward |
| E-064 | 9/2-9/5/2009 | Surveillance report |
| E-064 | 9/3/2009 | |
| E-064 | 9/4/2009 | |
| E-064 | 9/1-9/5/2009 | Surveillance report |
| E-064 | 9/4/2009 | UC 3064 purchased cocaine & Oxycontin from SAMBORSKI, Edward |
| E-065 | 6/10/2009 | Surveillance of Finders-Keepers Pub, West Boylston, MA |
| E-066 | 7/1/2009 | UC 3064 & UC 3769 meet with HAMILTON |
| E-067, E-068 | 9/17/2009 | EBELING, DAVIS, BLAIR and VAN DIVER discuss plans to murder Hell's Angels (starting at 10:37 of E-068 Session 2) |
| E-067, E-068 | 9/20/2009 | |

## Preliminary Index for Recordings

| Exhibit | Date | Description |
|---|---|---|
| E-067, E-068 | 9/17-9/20/2009 | UC meet with PAGANS OMG members at Wantage, NJ |
| E-069A, E-069B, E-070, E-071 | 10/1-10/4/2009 | PAGANS OMG do recon on Hells Angels |
| E-072, E-073, E-074 | 10/8-10/11/2009 | 1. BLAIR admitted beating ROSSOMANO. 2. EBELING talks about LAHEY and VAN DIVER doing recon the night before. 3. EBELING stated that CANTONE is to be located and $500 collected from him. 4. EBELING stated that Detectives came to the Tattoo Shop investigating MASTROMONICO's death. |
| E-075, E-076 | 11/9/2009 | 1. UC and Davis III collected $5,000 debt from UC3. 2. UC, UC2, and DAVIS III met with UC4 to collect debt, $10,000. |
| E-077 | 8/26/2009 | Discussed the beating of Jason BLAIR |
| E-078 | 8/26/2009 | Discussed the beating of Jason BLAIR |
| E-079 | 8/27/2009 | Discussed the beating of Jason BLAIR |
| E-080 | 8/27/2009 | Discussed the beating of Jason BLAIR |
| E-081 | 8/27/2009 | Discussed the beating of Jason BLAIR |
| E-082 | 8/27/2009 | Discussed the beating of Jason BLAIR |
| E-083 | 9/6/2009 | UC and VAN DIVER had a discussion about the UC's prospect status. |
| E-084 | 9/15/2009 | UC and HAMILTON had a discussion about the UC being returned to prospect status. |
| E-089 | 11/27-11/29/2009 | 1. DAVIS III asked UC if he had used the explosives device yet 2. VAN DIVER asked UC if he was interested in purchasing cocaine, as much as a half kilogram, which would be distributed in Long Island and Massachusetts 3. FOWLER, HAMILTON, DEKKER, BLAIR, EBELING, LAHEY, YOUMANS, DAVIS III, LEGG & VAN DIVER members went to the bars frequented by DEMON KNIGHTS OMG members. 4. Fowler told the UC that he had a bunch of destructive devices that he had not been able to use yet |
| E-090, E-091 | 7/10-7/12/2009 | 1. EBELING talks about John Doe 1 being kicked out. 2. UC, LAHEY, VAN DIVER and DAVIS III purchased cocaine together. 3. UC purchased more cocaine from LAHEY & DAVIS III. |

Preliminary Index for Recordings

| | | |
|---|---|---|
| E-092, E-093, E-094, E-099 | 12/3-12/6/2009 | 1. EBELING asked PURICELLI to move the shotgun from from the back of the tattoo shop to the front. PURICELLI stood the loaded shotgun, wrapped in a shirt, up against the front wall of the shop.<br>2. VAN DIVER asked UC to put his black Mossberg, 20 gauge shotgun, SN RS58800, in VAN DIVERs pick-up truck.<br>3. UC was instructed by VAN DIVER to bring VAN DIVERs shotgun (Mossberg) and the shotgun (Verney &Carron) UC had previously purchased from him to "Church." |
| E-095 | 12/10-12/13/2009 | EBELING told UC to burn the ledger sheets. |
| E-096 | 12/17-12/23/2009 | VAN DIVER and other members spoke about how EBELING was not a good Long Island Chapter president |
| E-097 | 12/31-1/3/2010 | 1. EBELING said that John Doe 1's bike was sold for $5,000 and that money will be used to buy a gun and explosives for the present war with HELLS ANGELS OMG<br>2. UC agreed to go on a trip with EBELING to meet GRAYSON.<br>3. BLAIR said that all the PAGANS OMG "colors" would remain stashed in BONANNO's residence<br>4. EBELING said he was trying to locate CANTONE, a former PAGANS OMG prospect, to beat him up and collect $500 debt for leaving the PAGANS OMG<br>5. BLAIR said they need to do a surveillance and get the license plate number of the HELLS ANGELS OMG member that was seen in the area the past few days<br>6. EBELING asked FOWLER to collect the $2000 TARRATS owed and FOWLER could keep $1000. VAN DIVER said TARRATS had a lot of guns stashed at his residence that belonged to PAGANS OMG members |
| E-098 | 6/27-6/28/2009 | UC, LAHEY and VAN DIVER purchased cocaine. |
| E-100 | 1/7-1/10/2010 | 1. LAHEY said that he and YOUMANS were making a living upstate New York by shaking down drug dealers. He wants more support in upstate NY.<br>2. BLAIR said that they might be able to get a couple more "items" from PEZZANO, who was just released from jail<br>3. BLAIR told UC that he did not trust DAVIS III |
| E-101 | 1/14-1/17/2010 | 1. UC purchases cocaine from VAN DIVER.<br>2. UC purchases methamphetamines from PACIO. |

## Preliminary Index for Recordings

| ID | Date | Description |
|---|---|---|
| E-102, E-123 | 1/21-1/24/2010 | 1. EBELING talks about John Doe 4 being "Out bad". <br> 2. EBELING states that John Doe 4 was beaten by EBELING, BLAIR, VAN DIVER, LAHEY, FOWLER, PACIO and others. <br> 3. EBELING states that he received the $5,000 for John Doe 1's bike. <br> 4. EBELING receives the Ruger Revolver from UC and gives it to BLAIR. <br> 5. EBELING states that GRAYSON ordered the assault of Black Betty's boyfriend. <br> 6. KATONA tells the UC and EBELING that he is sending help to LI to help with the ongoing war with the Hells Angels OMG. <br> 7. CANTONE's old lady warns EBELING of the Demon Knights OMG. <br> 8. EBELING admits beating John Doe 4 (at 16:55:40 through 17:55:30 of E-102 Session 1 and 11:24:28 through 12:52:34 of E-102 Session 2) |
| E-103 | 1/28-1/31/2010 | |
| E-104, E-105 | 8/6-8/7/2009 | EBELING talked about the UC getting his prospect status returned to him. |
| E-106A, E-106B | 10/8/2009 | VAN DIVER gave the UC a Verney Carron, Snakecharmer II, shotgun. |
| E-107, E-108 | 10/15-10/18/2009 | 1. EBELING stated that he is expecting two (2) handguns in the near future. <br> 2. EBELING stated that CANTONE is to be located, beaten and $500 collected from him. |
| E-109 | 11/4/2009 | Discussed Davis III helping UC collect illegal loan debts in Massachusetts |
| E-110 | 11/5-11/8/2009 | 1. EBELING may be able to get a magazine for UC's Walther P22 handgun "off the records", through "Louie", who is a FFL. <br> 2. VAN DIVER told UC that he planned to buy upwards of a half kilogram of cocaine and sell it on LI <br> 3. VAN DIVER told UC he plans to sell Glock 9mm handguns <br> 4. DAVIS III and UC discussed sinking the boat |
| E-111A, E-111B | 11/9/2009 | Discussed DAVIS III helping UC collect illegal loan debts in Massachusetts and bringing a hand grenade to Massachusetts to blow up a boat |
| E-112 | 11/12-11/16/2009 | 1. UC and BLAIR discuss UC's purchase of the explosive device. <br> 2. UC pays $130 to VAN DIVER for a shotgun. <br> 3. UC agrees to purchase cocaine from LAHEY. <br> 4. Discussed plans for PAGANS initiating violence against HELLS ANGELS OMG. |
| E-114 | 2/4/2010 | 1. VAN DIVER tells UC that he shot the victim. <br> 2. UC purchased crack cocaine from VAN DIVER. |

Preliminary Index for Recordings

| | | |
|---|---|---|
| E-115 | 2/4-2/7/2010 | 1. EBELING states that the PAGANS OMG LI Chapter will be hiding their "Colors" @ 430 Weeks Avenue, Manorville, NY.<br>2. VAN DIVER tells the UC that he had shot and killed someone.<br>3. VAN DIVER talk about drug dealing.<br>4. VAN DIVER talks about his injury to his foot from the John Doe 4 beating.<br>5. UC purchased an ounce of crack cocaine from VAN DIVER.<br>6. VAN DIVER admits beating John Doe 4 (at 15:31:00 of E-115 Session 5). |
| E-116 | 2/11-2/14/2010 | 1. UC 3064 pays VAN DIVER $200.00 as profit from 2/4/10 cocaine buy.<br>2. VAN DIVER talks about moving a body.<br>3. DAVIS III talks about a connection in PA for guns. |
| E-117, E-119 | 2/18-2/21/2010 | UC, VAN DIVER and LAHEY move body. |
| E-118 | 11/4/2009 | Discussed HAMILTON helping UC collect illegal loan debts in Massachusetts |
| E-120 | 2/20/2010 | 1. LAHEY talks about cutting off the hands & feet of body.<br>2. LAHEY explains they have to move the body onto his property.<br>3. VAN DIVER talks about body was that of a black drug dealer.<br>4. VAN DIVER talks about shooting & killing the black male and the firearm is gone. |
| E-121 | 5/16-5/17/2009 | Surveillance of UC & PAGANS OMG members trip to New Jersey |
| E-122 | 2/27/2010 | 1. VAN DIVER tells the UC that the murder was committed during a drug deal.<br>2. VAN DIVER handed the UC a Phoenix Arms handgun.<br>3. UC arranges to purchase 2 ounces of cocaine from VAN DIVER. |
| E-123 | 2/25-3/1/2010 | 1. EBELING states that FOWLER owes the LI Chapter a firearm.<br>2. BLAIR talks about a prospective deal doing collections for RUSSO.<br>3. VAN DIVER talks about the murder.<br>4. BLAIR stated that they needed a cover story to protect the firearm source. |
| E-124,E-138 | 4/29-5/2/2010 | 1. EBELING talks about the Raymond HAMILTON beating.<br>2. EBELING talks about Walmart return scheme involving Kristi REIKERT.<br>3.<br>KVD talks about his Oxycontin trafficking.<br>4. EBELING talks about Pagan OMG financial dealings.<br>5. Stephen KLERK talks about MJ trafficking. |
| E-125, E-126, E-127, E-128 | 3/13/2010 | UC 3064 purchased crack cocaine from VAN DIVER, Kenneth |
| E-125, E-126, E-127, E-128 | 3/11-3/14/2010 | VAN DIVER tells the UC that he is ordering 2 ounces of crack for him and an eightball for LAHEY. |

Preliminary Index for Recordings

| | | |
|---|---|---|
| E-129, E132 | 3/25-3/28/2010 | 1. EBELING stated that FOWLER still owes L1 a firearm,<br>2. UC purchased 2 ounces of crack cocaine from K.VAN DIVER and WILLIAMS,<br>3. UC spoke with LAHEY about the buried body. |
| E-130, E-131 | 4/1-4/4/2010 | 1. DAVIS III discusses the Wintess Tampering of Kyle Bondarek,<br>2. BLAIR states that they need to do surveillance in planning to retaliate against the HAs.<br>3. T. VAN DIVER attempted "Church" and talked about retaliating. |
| E-132 | 3/26/2010 | UC 3064 purchased crack cocaine from Kenneth VAN DIVER & Joseph WILLIAMS. |
| E-133 | 4/8-4/11/2010 | 1. EBELING told DAVIS III to give the .22 caliber firearm to the UC so the UC can protect EBELING,<br>2. EBELING ordered the UC handed the .22 caliber firearm back to DAVIS III. |
| E-134 | 3/18-3/21/2010 | 1. BLAIR talked about Andrew Russo.<br>2. VAN DIVER attempted to set up crack cocaine sale. |
| E135, E-136 | 4/22-4/25/2010 | 1. UC 3064 purchased cocaine with VAN DIVER and LAHEY.<br>2. VAN DIVER and EBELING talked about the Raymond HAMILTON beating.<br>3. EBELING talks about Harold LEGG handling the money for Mother Club member Sergio CUEVAS.<br>4. LAHEY talks about "Science Experiment"<br>5. EBELING talks about John Doe 4 beating. |
| E-137 | 3/6/2010 | UC 3064 purchased crack cocaine from VAN DIVER, Kenneth |
| E-137 | 3/4-3/6/2010 | UC pays VAN DIVER $320.00 as broker's fee for Crack cocaine purchased from WILLIAMS. |
| E-139 | 5/6-5/9/2010 | 1. EBELING talks about John Doe 4 assault.<br>2. KVD talks about his Oxycontin trafficking.<br>3. EBELING talks about Pagans OMG financial dealings.<br>4. BLAIR talks about Andrew RUSSO. |
| E-140, E-142 | 5/20-5/23/2010 | 1. EBELING extorting FNU LNU a/k/a '"Carlos"<br>2. UC purchases cocaine from SANTIAGO, LAHEY and YOUMANS.<br>3. Meet with VAGOS OMG in furtherance of the murder conspiracy against the Hells Angels OMG. |
| E-141 | 5/13-5/16/2010 | 1. POP meeting in PA, CUEVAS talks about being more aggressive against the Hells Angels.<br>2. DERONDE sent UC a video via cell phone.<br>3. EBELING instructed UC to deliver an envelope containing $150.00 to LEGG.<br>4. LAHEY joked about the "Science Experiment". |
| E-143 | 5/26-5/31/2010 | YOUMANS talks about the cocaine deal from the previous week. |

Preliminary Index for Recordings

| | | |
|---|---|---|
| E-144, E-145 | 6/3-6/6/2010 | 1. EBELING talks about the beatings at the Ohio Mandatory meeting.<br>2. EBELING states that LAHEY was told to take YOUMANS' MC and give it to CLERKIN.<br>3. CUEVAS talks about building up membership to deal with its enemies.<br>4. BLAIR states that LI is a war zone.<br>5. EBELING, BLAIR, DAVIS III discuss the manufacturing and use of destructive devices. |
| E-146 | 6/10-6/13/2010 | 1. EBELING states that LAHEY took YOUMANS' MC because of the beating of CLERKIN.<br>2. EBELING states that there is a shotgun @ 14 Broadway, Rocky Point, NY for the UC to use for guard duty.<br>3. EBELING states that "Mother Club" wants to expand Pagans OMG membership to 1,000. |
| E-147 | 6/17-6/20/2010 | 1. BLAIR talks about a beef between Tracy LAHEY and Tommy LNU.<br>2. BLAIR talks about Ryan LNU would be disciplined for smoking crack around LAHEY's baby.<br>3. BLAIR talks about Douglas YOUMANS punching Billy LNU in the head during the Wellington VICAR.<br>4. BLAIR talks about YOUMANS being out of the Pagans OMG and owed $190.00 in past dues & $1,000.00 or his motorcycle for being kicked out.<br>5. UC spoke to Robert LEONARDIS about purchasing cocaine.<br>6. BLAIR asked for and took VAN DIVER's handgun from the UC. |
| E-148 | 6/24-6/27/2010 | 1. BLAIR discusses the beating of Tommy KNU & Ryan LNU.<br>2. VAN DIVER discusses UC purchasing cocaine from LEONARDIS the following week & that he wants $200.00 an ounce or his cut.<br>3. EBELING talks about Jenny LYNCH & stolen computers. |
| E-149 | 7/1-7/5/2010 | 1. UC purchased cocaine from LEONARDIS on LI.<br>2. LEONARDIS tells UC that DERONDE is the meth source.<br>3. UC arranges meth deal with DERONDE. |
| E-150 | 7/14-7/16/2010 | |
| E-150 | 7/24-7/25/2010 | |
| E-152 | 8/4-8/8/2010 | |
| E-153 | 8/7/2010 | UC purchased methamphetamine from Robert DERONDE a/k/a "Hellboy" |
| E-154 | 8/12-8/15/2010 | |
| E-85, E-86, E-87 | 10/22-10/25/2009 | 1. EBELING tells the UC that he can get a firearm for him.<br>2. UC purchased a Walther, .22 pistol from APRILE, EBELING and VAN DIVER.<br>3. EBELING ordered UC and VAN DIVER to beat Weidner.<br>4. He was instructed by EBELING to shot Weidner if he got the better of the UC and VAN DIVER. |

Preliminary Index for Recordings

| | | |
|---|---|---|
| E-85, E-86, E-87 | 10/23/2009 | UC 3064 purchased a firearm from APRILE, Justin |
| E-88 | 10/29-11/1/2009 | UC 3064 and BLAIR meet with PAGANS OMG in Elizabeth, NJ |